# EXHIBIT H

Sandra Carson

| | |
|---|---|
| **From:** | Sandra Carson |
| **Sent:** | Tuesday, February 23, 2021 10:12 AM |
| **To:** | 'Mary C. Williams' |
| **Subject:** | RE: Lowe's preliminary expert disclosure |
| **Attachments:** | Defendant's preliminary expert witness disclosures.pdf |

Ms. Williams,

I attach Defendant's preliminary expert disclosure and engineering report. As we agreed, Defendant will have 30 days after I receive copy's of your neurologist's records/bills to disclose his medical expert(s) and provide a report(s).

Thank you.

Sandee

**Sandra T. Carson, Esq.**
**Mintzer Sarowitz Zeris Ledva & Meyers, LLP**
810 Gleneagles Court │Suite 304 │Towson, MD 21286
Tel 410.427.3017 │ Fax 410.821.1608
**NY, NJ, PA, FL, WV, DE , MD**

SCarson@DefenseCounsel.com 
www.DefenseCounsel.com



**CONFIDENTIALITY NOTICE:** This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY C. WILLIAMS,

    Plaintiff,

v.

JULIO E. AVILES d/b/a UNIVERSAL
AIR DUCT SERVICES, et al.,

    Defendants.

Civil Action No: 1:20-CV-00931-APM

## DEFENDANT'S PRELIMINARY RULE 26(a)(2) EXPERT WITNESS DISCLOSURE

Defendant Julio Aviles d/b/a Universal Air Duct Services ("Aviles"), by his undersigned counsel and pursuant to Fed.R.Civ.P. 26(a)(2), hereby discloses the following persons as expert witnesses he may call to testify at the trial of this matter and, to the extent required, provides the reports thereof:

1.    Nicholas A. Nava, P.E., CFEI
      Exponent
      17000 Science Drive
      Suite 200
      Bowie, MD 20715

Mr. Nava is a licensed professional engineer with a B.S. in mechanical engineering and a M.S. in fire protection engineering. He is a Managing Engineer with Exponent. He has experience analyzing engineering failures including gas leaks and flammable gas vapor dispersion, as well as experience in investigating losses resulting from gas leaks at customer piping that result in fires and explosions in residential and commercial occupancies. He has experience in reviewing, analyzing and applying industry and national standards and codes to the installation of gas piping in residential and commercial applications for furnaces, unit heaters, rangers, water heaters and dryers. Mr. Nava's qualifications are set out in his CV, which is

appended to his report, attached as Exhibit 1 hereto. Mr. Nava's fee schedule, testimony history and publications are also appended to his report.

Based upon his knowledge, training and experience, Mr. Nava is expected to testify, to a reasonable degree of scientific and engineering certainty, to the industry, DC, and national standards applicable to the installation and leak testing of residential gas-fired heating equipment, the installation of the furnace in Plaintiff's home on November 21, 2016, the leak testing performed by Mr. Aviles on that system at the time of installation, the lack of a causal link between the installation by Mr. Aviles in November 2016 and the gas leak detected on April 4, 2017, and the possible causes of such a leak. Mr. Nava is also expected to testify regarding methods available to detect any leak of natural gas in plaintiff's residence between the date of installation and the date on which the leak was discovered, including but not limited to the required presence of odorant in the gas itself, as well to the lack of any detected odor or indicator of the presence of a gas leak between the date of installation by Mr. Aviles and the date of the alleged events at issue on April 2, 2017. Mr. Nava is also expected to offer testimony consistent with the facts, findings, observations, conclusions and/or opinions set out in his attached report (Exhibit 1). He may also offer testimony to rebut and/or address opinions offered by plaintiff's experts.

Mr. Nava reserves the right to supplement his report in the event that additional information is received during the remaining discovery period and/or prior to trial.

2.   Defendant reserves the right to elicit expert/opinion testimony from Defendant Julio Aviles, based upon his knowledge, training, experience and personal observations, conclusions and findings as a participant in the events at issue in this case.

3.      Defendant reserves the right to designate and produce a report from a medical expert within 30 days receipt by Defense counsel from plaintiff or her treating neurologist (pursuant to a duly-executed HIPAA-compliant release) of plaintiff's complete neurological records, as agreed by the parties to this action.

4.      Defendant reserves the right to call and/or elicit expert testimony from any expert witness identified or designated by the plaintiff in this matter.

5.      Defendant reserves the right to call and/or elicit expert testimony from any physician, P.A., CNP, physical therapist, nurse, or other healthcare provider who has consulted with, examined, treated, evaluated, or diagnosed the plaintiff in the past, present or future (up to the time of trial).

6.      Defendant reserves the right to call and/or elicit expert and/or opinion testimony from any individual, technician or contractor who performed any inspection, investigation, service, installation, maintenance, construction or demolition work in the plaintiff's home between November 2016 and the date on which that home was sold by plaintiff, based upon their personal observations, findings, and/or actions and any opinions or conclusions formed by them as a result thereof.

7.      Defendant reserved the right to supplement this disclosure as discovery progresses and up to the time of trial, including naming additional witnesses, if new information becomes available.

Respectfully submitted,

MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP

BY:    /s/ Sandra T. Carson
       Sandra T. Carson, Esquire (#459852)
       810 Gleneagles Court, Suite 304

Towson, MD  21286
P: 410.583.8081
F: 410.821.1608
scarson@defensecounsel.com
**Attorneys for Defendant**
**Julio Aviles d/b/a Universal Air Duct Services**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY  that on this 23rd day of February, 2021, I caused a true and correct copy of the foregoing to be via e-mail and U.S. Mail, first-class postage prepaid, on:

Mary C. Williams
1821 E. Maxwell Street
Pensacola, FL 32503
Mslaw1121@aol.com
*Pro se* **Plaintiff**

/s/ Sandra T. Carson
Sandra T. Carson (#459852)

# E$^x$ponent®

Exponent
17000 Science Drive
Suite 200
Bowie, MD 20715

telephone 301-291-2500
facsimile 301-291-2599
www.exponent.com

February 22, 2021

Sandra Carson
Mintzer Sarowitz Zeris Ledva & Meyers
810 Gleneagles Court, Suite 304
Towson, MD 21286

Subject:   Mary C. Williams v. Julio E. Aviles, d/b/a Universal Air Duct Services, Frederick
           Mutual Insurance Co.
           Project No. 2101272.000

Dear Ms. Carson:

This report is in response to your request to investigate an alleged furnace gas leak which
occurred on April 2, 2017 at the residence located at 1257 Carrollsburg Place SW, Washington,
DC 20024.  Specifically, Exponent, Inc. (Exponent) was retained by Mintzer Sarowitz Zeris
Ledva & Meyers on behalf of Universal Air Duct Services to investigate the circumstances of
the failure and provide an engineering investigation.  The scope of our investigation included
analyzing the role, if any, Universal Air Duct Services played in the failure.  This letter report
summarizes the results of Exponent's investigation, as well as my qualifications and experience
related to this matter.

## Qualifications

During the investigation reported herein, I have relied on my education, training and experience
in performing my analysis and formulating my opinions.

I am a Managing Engineer employed by Exponent.  I hold a Bachelor of Science in Mechanical
Engineering and a Master of Science degree in Fire Protection Engineering from the Worcester
Polytechnic Institute and am a registered fire protection engineer.  I am a Certified Fire and
Explosion Investigator (CFEI) and a Fire Investigation Technician (FIT).  I am a member of the
International Association of Arson Investigators (IAAI), the National Association of Fire
Investigators (NAFI), the National Fire Protection Association (NFPA), and the Society of Fire
Protection Engineers (SFPE).

I have experience in analyzing engineering failures including gas leaks and flammable gas vapor
dispersion.  I have specific experience investigating losses resulting from gas leaks at customer
piping that result in fires and explosions in residential and commercial occupancies.  I have
experience reviewing, analyzing, and applying industry and national standards and the
installation of gas piping in residential and commercial applications for furnaces, unit heaters,
ranges, water heaters, and dryers.

Sandra Carson
February 22, 2021
Page 2

A copy of my curriculum vitae is provided in Appendix A, a list of materials reviewed in this matter is provided in Appendix B, my list of testimony is provided in Appendix C, and my compensation is provided in Appendix D.

## Methodology

The basis of this investigation is the application of the scientific method; a method of inquiry and reasoning that includes the collection of data, analysis of data, the formulation of hypotheses from the data, and testing of the hypotheses.

## Background

Mary Williams contracted with Universal Air Duct Services to complete the installation of a new Trane furnace on November 16, 2016. Furnace installation was completed on or about November 21, 2016. Universal Air Duct Services completed a leak check on the equipment service piping prior to commissioning the furnace and did not observe any leaks at the gas piping.

Ms. Williams reports she was exposed to gas on April 2, 2017 at her residence located at 1257 Carrollsburg Place SW, Washington, DC 20024 (the residence). Ms. Williams reports waking up the morning of April 2, 2017 to a bout of severe nausea and a headache and went to Capitol Hill Urgent Care and Medstar Washington Hospital Center for treatment. A Washington Gas technician reported to the incident building on April 4, 2017. He reportedly shut off the furnace and observed a "leak on ¾ [inch] union". Julio Aviles of Universal Air Duct Services reported to the residence later that day and observed a leak and tightened the piping at that time.

The residence is an above grade two-story townhouse with a brick exterior. The furnace and water heater were located in a utility closet on the first floor in the rear of the residence. The utility closet had two louvered doors that opened to the dining room.

## Review of Materials

Ms. Williams contracted with Universal Air Duct Services for the installation of a Trane furnace, an evaporator coil, and an AC condenser at the residence. Universal Air Duct Services replaced a Comfortmaker furnace installed in the utility room with a Trane XV80 furnace in the same location. Photographs of the Comfortmaker furnace prior to removal and the Trane furnace after installation are shown in Figure 1. Photographs show the new Trane furnace was installed in the same location of the existing furnace. The Trane furnace has a new combustion exhaust flue and a new evaporator coil installed above it. Supply and return ducts were not replaced during the installation.

2101272.000 - 7103

Sandra Carson
February 22, 2021
Page 3



Figure 1 - a) Existing Comfortmaker furnace; b) Trane furnace

The new furnace installation reused existing system components. Figure 2 shows the piping for the existing and new furnace. The equipment shut off valve and ¾ inch union were used from the existing installation. The piping layout is similar to the existing installation and was rotated counterclockwise to connect to the new furnace.

Sandra Carson
February 22, 2021
Page 4



Figure 2 - a) Existing furnace gas piping; b) Trane furnace gas piping

During removal of the old furnace, Mr. Aviles of Universal Air Duct Services closed the equipment shut off valve and disconnected the gas piping that connected to the furnace inlet. Mr. Aviles performed a leak check of all gas line fittings and couplings and no leaks were detected.[1]

Mr. Aviles responded to the residence on April 4, 2017 at the request of Ms. Williams. Mr. Aviles did not smell any gas when he arrived and needed Ms. Williams to show him the location of the reported leak in the utility closet. Mr. Aviles performed a leak check of all fittings to the furnace and discovered a small bubble appearing after about 5 minutes and another small bubble approximately 9-12 minutes after that. Mr. Aviles repaired the leak and reported no additional leaks.[2]

---

[1] Defendant Julio E. Aviles d/b/a Universal Air Duct Services' Answers To Plaintiff's First Set Of Interrogatories, p. 12.

[2] Defendant Julio E. Aviles d/b/a Universal Air Duct Services' Answers To Plaintiff's First Set Of Interrogatories, p. 4.

Sandra Carson
February 22, 2021
Page 5

## Inspections of Residence by Others

Ms. Williams called Washington Gas to inspect her home. A technician was sent to the
residence on April 4, 2017. A leak was observed by a Washington Gas technician at the ¾ inch
union to the furnace.[3] The Washington Gas technician did not provide a detailed description of
the leak, specifically the flow rate of the leak or a combustible gas indicator gas volume reading.
Ms. Williams reports that Frosty's Heating and Cooling technicians responded to the residence
on April 10, 2017 and discovered deficiencies with the furnace.[4] No invoice or service order for
this visit was provided for review that explained what issues were noted. An invoice from an
unknown HVAC provider dated April 27, 2017 for "Service Call, Spring Maintenance" of the
furnace noted "customer just had furnace installed by another company and wanted system
checked". The invoice noted the customer (Ms. Williams) had the wrong size filter installed.[5]
In addition, a home inspection of the residence by Enlighten Home Inspections reported HVAC
comments in regards to the ductwork, taped fan coil safety switch, filters, and registers upper
level back room.[6] There were no comments listed for the gas piping connected to the furnace.

## Timeline

Figure 3 is a timeline of events as they have been reported by Ms. Williams. The installation of
the furnace was four months prior to the onset of symptoms developed by Ms. Williams.

---

[3] Washington Gas Service Tag, Technician Madden 4/4/2017.

[4] Aviles 31.

[5] Invoice 0000123315, 4/27/2017.

[6] Enlighten Home Inspection Report, pp. 6 - 7.

2101272.000 - 7103

Sandra Carson
February 22, 2021
Page 6



Figure 3 – Timeline of events

## Code Review

The District of Columbia adopts Construction Codes, which mandate construction requirements. The *D.C. Residential Code* (2013) [DCRC] was adopted and applied to the installation of the furnace at the residence.[7] The provisions of the *Residential Code* apply to the construction, *alteration*, movement, enlargement, replacement, repair, equipment, use and occupancy, location, removal and *demolition* of detached one- and two-family dwellings and townhouses not more than three stories above *grade plane*.[8] The DCRC requires a visual inspection of piping installations and pressure testing of new branch piping to new appliances.[9] Fuel gas is permitted to be used for leak checks in piping systems.[10] After the gas is turned on, the gas piping system shall be checked for leakage by means of an approved combustible gas detector, a noncorrosive leak detection fluid, or equivalent nonflammable solution.[11]

---

[7] The *D.C. Residential Code* (2013) was effective for work completed between March 28, 2014 and May 29, 2020.

[8] 12 A DCMR §101.3. The DCMR adopts the 2013 DCRC which is the 2012 International Residential Code (IRC) with amendments.

[9] DCRC (2013) /IRC (2012), §G2417.1, G2417.1.1, G2417.1.3.

[10] DCRC (2013) /IRC (2012), §G2417.6.1.

[11] DCRC (2013) /IRC (2012), §G2417.5.1, G2417.6.3.

Sandra Carson
February 22, 2021
Page 7

## Discussion

Based on a review of provided materials, Universal Air Duct Services installed a new furnace using the existing gas house piping. At the completion of the installation of the new furnace, Mr. Aviles of Universal Air Duct Services performed the leak check of the gas line fittings and couplings and no leaks were detected.[12] The DCRC requires gas piping systems to be checked for leakage after the gas is turned back on by means of an approved combustible gas detector, a noncorrosive leak detection fluid, or equivalent nonflammable solution.[13] The leak check performed by Universal Air Duct Services of the gas piping during the installation was in accordance with a leak check as described in the DCRC. During the leak check on November 21, 2016, there was no leak observed at the gas piping serving the furnace.

The cause of this reported leak at the ¾ inch union is unknown. The leak could have resulted from other sources including but not limited to intentional or incidental contact of the ¾ inch union by materials stored in the utility closest, manipulation by others, or contact with or vibration of gas piping upstream of the equipment shutoff valve. There is no evidence this observed leak in April 2017 was a result of Universal Air Duct Services' installation.

Universal Air Duct Services installed a new Trane furnace on November 21, 2016. Four months later in April 2017, Ms. Williams reportedly experienced severe nausea and a headache and subsequently sought medical care. Ms. Williams alleges that these symptoms are the result of exposure to natural gas. The location of the reported leak was at the ¾ inch union downstream of the equipment shut off valve for the furnace. After the installation of the furnace, the equipment shutoff valve was opened and gas was introduced into the piping including the ¾ inch union. If a leak occurred at this location at the time of Universal Air Duct Services installation, this leak would have released gas continuously for the 4-month period between installation and the onset of Ms. Williams symptoms.

Ms. Williams states she did not smell natural gas at any time between the furnace installation and the onset of her symptoms. In accordance with federal regulations, a combustible gas in a distribution line must contain an odorant so that the gas is readily detectable by a person with a normal sense of smell at a concentration in air of one-fifth the lower explosive limit.[14] Ms. Williams had two carbon monoxide and combustible gas detectors installed in her residence.[15]

---

[12] Defendant Julio E. Aviles d/b/a Universal Air Duct Services' Answers To Plaintiff's First Set Of Interrogatories, p. 12.

[13] DCRC (2013) /IRC (2012), §G2417.5.1, G2417.6.3.

[14] 49 CFR § 192.625.

[15] Aviles 30.

2101272.000 - 7103

Sandra Carson
February 22, 2021
Page 8

These were reportedly installed in the hall and kitchen[16] and they did not sound at any time between the installation of the furnace and the onset of Ms. Williams symptoms.  If a leak was occurring since the furnace installation in November 2016, a person should have detected the smell of an odorant and therefore the presence of gas.

## Conclusions – Opinions

Based on my review of the facts in this case, the available materials, the application of the scientific method, my background, experience and training, and my work completed to date, the following opinions are submitted within a reasonable degree of scientific and engineering certainty:

1. The leak check performed by Universal Air Duct Services of the gas piping during the installation was in accordance with a leak check as described in the *D.C. Residential Code*.

2. There was no leak at the gas piping serving the furnace on the date of installation on November 21, 2016.

3. There is no evidence that the leak observed on April 3, 2017 at the ¾ inch union on the furnace gas piping was a result of Universal Air Duct Services' installation actions.

4. Ms. Williams did not report smelling gas at any time post installation by Universal Air Duct Services.  If a leak was occurring during this time, a person should have been able to smell gas odorant in the residence.

Exponent reserves the right to revise or amend these opinions and conclusions if additional information becomes available and if further analysis is performed.  Any explanatory exhibits for trial will be produced in the future, as appropriate.

## Limitations

At the request of Mintzer Sarowitz Zeris Ledva & Meyers on behalf of Universal Air Duct Services, Exponent conducted an investigation of the gas furnace failure that occurred on April 2, 2017 at the residence located at 1257 Carrollsburg Place SW, Washington, DC 20024. Exponent investigated specific issues relevant to this incident as requested by Mintzer Sarowitz Zeris Ledva & Meyers.  The scope of services performed during this investigation may not adequately address the needs of other users of this report, and any re-use of this report or its findings, conclusions, or recommendations presented herein are at the sole risk of the user.  The

---

[16] Aviles 31...

2101272.000 - 7103

Sandra Carson
February 22, 2021
Page 9

opinions and comments formulated during this assessment are based on observations and
information available at the time of the investigation.

The findings presented herein are made to a reasonable degree of engineering and scientific
certainty. We have made every effort to perform an accurate and thorough investigation. If
new data becomes available or there are perceived omissions or misstatements in this report
regarding any aspect of those conditions, we ask that they be brought to our attention as soon as
possible so that we have the opportunity to fully address them.

If you have any questions or require additional information, please do not hesitate to contact me
at 301-291-2525 (office) or nnava@exponent.com.

Sincerely,

Nicholas Nava, P.E., CFEI
Managing Engineer

Sandra Carson
February 22, 2021
Page 10

## Appendix A: Curriculum Vitae

Nicholas Nava, P.E., CFEI
Managing Engineer

### Professional Profile

Mr. Nava applies fire protection engineering and fire science principles to the analysis of active and passive fire protection and life safety systems, consumer product performance, material fire performance, and origin and cause investigation of residential, commercial, and industrial fires and explosions. Mr. Nava's training and practice experience includes design and testing of automatic sprinkler systems, fire pumps, design of inert gas and clean agent fire suppression systems, building life safety systems, building smoke management systems, national, state, and local fire and building code compliance, material fire performance, fire testing, fire origin and cause investigations, occupant egress modeling (Pathfinder), and human burn and thermal injuries caused by fire incidents and thermal events.

Mr. Nava uses his diverse background to investigate failures of wet, dry, pre-action, and deluge automatic sprinkler systems in residential, commercial, storage, manufacturing and industrial occupancies, including root cause failure analysis, water infrastructure and supply analysis, hydrant flow testing, sprinkler system water demand and water delivery analysis through hydraulic calculations, construction and as-builts drawing review, inspection, testing, and maintenance requirement analysis, coordination with facility mechanical and HVAC systems, and review of system compliance with applicable codes. This includes failures of automatic sprinkler systems to operate or perform in the event of a fire and inadvertent operation due to rust/oxidation, freezing, excessive heating, and mechanical damage. In addition, Mr. Nava has investigated fires involving operational failure of commercial cooking fire protection equipment (wet chemical systems and dry chemical systems), commercial cooking ventilation systems (hood, duct work, fans), vehicle fire suppression systems, fire alarm and detection systems, fire extinguishers, and consumer products including unit and space heaters, LED light bulbs, tubes, and fixtures, clothing irons, plastic fuel storage cans, dishwashers, microwaves, and low-pressure boilers. Mr. Nava has also investigated explosions and fires involving failures of natural gas and liquefied petroleum (LP) regulators, gas piping systems, and cylinders. His experience also includes the evaluation, inspection, and maintenance of buildings, facilities, and products for code compliance in accordance with National Fire Protection Association (NFPA) codes, International Code Council (ICC) codes, and state/local codes.

Mr. Nava has both small- and large-scale fire testing experience with nationally and internationally recognized standards (NFPA, ASTM, and UL). In the Exponent Thermal Characterization Lab, he manages and executes testing, fabricates test equipment and test setups, and is proficient at installing various types of instrumentation to measure temperature, heat flux, pressure, liquid flow rate, wind speed, and gas concentrations for fire tests.

Previous research he participated in includes the design of a toxic gas monitor for use by firefighters in an active fire environment, flame spread modeling of fiber reinforced polymer (FRP) building materials, cone calorimeter test sample size validation, and the effects of intumescent paint coatings on interior building finish to achieve compliance during fire testing.

Prior to joining Exponent, Mr. Nava worked as a Fire Protection System Design Engineer at a fire protection sprinkler contractor in the Boston area, where he performed  fire protection system designs,

Sandra Carson
February 22, 2021
Page 11

hydraulic calculations, system testing, and design coordination with architects and plumbing, HVAC, and electrical trades. Mr. Nava also worked as an engineer at the Naval Air Systems Command in Patuxent, Maryland, where he was responsible for human aviator equipment maintenance, testing, and validation.

## Academic Credentials & Professional Honors

M.S., Fire Protection Engineering, Worcester Polytechnic Institute, 2014

B.S., Mechanical Engineering, Worcester Polytechnic Institute, with high distinction, 2013

Voting Alternate Member: NFPA Technical Committee on Fire Hose (FHS-AAA), NFPA 1961, NFPA 1962, NFPA 1963, NFPA 1964, NFPA 1965, National Fire Protection Association (2015 to present)

Alternate Member: NFPA Technical Committee on Dry and Wet Chemical Extinguishing Systems (DRY-AAA), NFPA 17, NFPA 17A, National Fire Protection Association (2017 to present)

## Licenses and Certifications

Licensed Professional Engineer, Arkansas, #19682

Licensed Fire Protection Engineer, California, #1938

Licensed Professional Engineer, Fire Protection, Florida, #89644

Licensed Professional Engineer, Maryland, #52645

Licensed Professional Engineer, New York, 103018

Certified Fire and Explosion Investigator (CFEI) in accordance with the National Association of Fire Investigators National Certification Board, NAFI #19662-11698v

Certified Vehicle Fire Investigator (CVFI) in accordance with the National Association of Fire Investigators National Certification Board, NAFI #19662-11698v

Fire Investigation Technician (IAAI - FIT) in accordance with the International Association of Arson Investigators Inc.

HydraCAD Training (16 hours tested)

OSHA 40-hour HAZWOPER Certified (29 CFR 1910.120(e))

## Professional Affiliations

International Association of Arson Investigators — IAAI (member)

National Association of Fire Investigators — NAFI (member)

National Fire Protection Association — NFPA (member)

2101272.000 - 7103

Sandra Carson
February 22, 2021
Page 12

Society of Fire Protection Engineers — SFPE (affiliate member)

National Fire Sprinkler Association – NFSA (member)

## Publications

Nava, N. Converting a Wet System to a Dry System – What to Consider (and not forget). NFSA National Fire Sprinkler Magazine, 2018

Nava, N., Biteau, H. CFD Modeling of Flammable Gas Concentration Levels and Empricial Validation Proceedings, 9th International Symposium of Fire Investigation Science and Technology (ISFI), NAFI, pp. 209-217, 2018

Nava, N., Biteau, H. Transportation of Li-Ion batteries: The State of Charge Parameter. Proceedings, 16th International Conference on Automatic Fire Detection (AUBE)/Suppression, Detection and Signaling Research and Applications Conference (SUPDET), Interflam 07, Vol. 1, pp. 427-439, Hyattsville, Maryland, USA, September 12-14, 2017

### Invited Presentations

Biteau, H, Nava N. CFD Modeling of Flammable Gas Concentration Levels and Empricial Validation. Proceedings, 9th International Symposium of Fire Investigation Science and Technology (ISFI), NAFI, Itasca, Illinois, USA, September 24-26, 2018

Biteau, H, Nava N. Transportation of Li-Ion batteries: The State of Charge Parameter. Proceedings, 16th International Conference on Automatic Fire Detection (AUBE)/Suppression, Detection and Signaling Research and Applications Conference (SUPDET), Hyattsville, Maryland, USA, September 12-14, 2017

Nava N, Mahoney S. Evaluation of fiber reinforced polymer bench scale specimen sizes and prediction of full scale flame spread testing for building applications. American Society of Materials Central Massachusetts Chapter 2013 MQP Competition Meeting, Worcester, MA, 2013

### Reports

Nava N, Mahoney S, Acosta C, Wright W. Evaluation of fiber reinforced polymer bench scale specimen sizes and prediction of full scale flame spread testing for building applications. Major Qualifying Project, Worcester Polytechnic Institute, 2013

Casola R, Downey R, Nava N, Taylor J. Improving road safety in the Santa Fe Metropolitan planning area. Interactive Qualifying Project, Worcester Polytechnic Institute, 2012

### Conferences, Seminars, Workshops, and Specialized Training

"The Fire Protection Engineer's BIM Experience" webinar, The Society of Fire Protection Engineers (SFPE), 1 PDH, February 26, 2019

"The Growing Danger of Non-Certified and Counterfeit Sprinklers" webinar, The Society of Fire Protection Engineers (SFPE), 1 PDH, January 28, 2019

Sandra Carson
February 22, 2021
Page 13

"SFPE Annual Report" webinar, The Society of Fire Protection Engineers (SFPE), 1 PDH, May 31, 2018

"Development of In-Rack Sprinkler Protection Guidance for Mini-Load Automatic Storage and Retrieval Systems" webinar, The Society of Fire Protection Engineers (SFPE), 1 PDH, May 3, 2018

"WUI Resiliency: Answering to Climate Change" webinar, The Society of Fire Protection Engineers (SFPE), 1 PDH, January 22, 2018

National Association of Fire Investigators (NAFI), International Symposium on Fire Investigation Science and Technology, 2018 (delegate)

DRI, Fire Science and Litigation Burning Down the House, 2018 (controlled burn station coach)

National Association of Fire Investigators (NAFI), Vehicle Fire, Arson & Explosion Investigation Science & Technology Seminar, 2018 (32 hours tested training)

"A Study of Reproducibility of a Full-Scale Multi-Room Compartment Fire Experiment" webinar, The Society of Fire Protection Engineers (SFPE), 1 PDH, November 27, 2017

International Association of Arson Investigators (IAAI), NFPA 921 Update 2017 course, November 9, 2017

"Understanding Commissioning and System Acceptance Testing" webinar, The Society of Fire Protection Engineers (SFPE), 1 PDH, September 25, 2017

"Simulating Hospital Evacuation" webinar, The Society of Fire Protection Engineers (SFPE), 1 PDH, August 28, 2017

16th International Conference on Automatic Fire Detection (AUBE)/Suppression, Detection and Signaling Research and Applications Conference (SUPDET), 2017 (speaker)

National Fire Sprinkler Association (NFSA), Understanding, Applying and Enforcing NFPA 25, 2017

National Association of Fire Investigators (NAFI), National Fire Investigation Training Program, 2017 (28 hours tested training)

International Association of Arson Investigators (IAAI), Expert Witness Courtroom Testimony Course, 2015 (40 hours tested training)

International Association of Arson Investigators (IAAI), Understanding Fire Through the Candle Experiments, August 20, 2015 (4 hours tested training)

International Association of Arson Investigators (IAAI), Fire Investigator Scene Safety, July 10, 2015 (3 hours tested training)

International Association of Arson Investigators (IAAI), NFPA 1033 and Your Career, June 22, 2015 (2 hours tested training)

International Association of Arson Investigators (IAAI), The Practical Application of the Relationship

Sandra Carson
February 22, 2021
Page 14


Between NFPA 1033 and NFPA 921, June 22, 2015 (2 hours tested training)

International Association of Arson Investigators (IAAI), Fundamentals of Fire Investigation Course, March 15, 2015 (40 hours tested training)

International Association of Arson Investigators (IAAI), The Scientific Method for Fire and Explosion Investigation, March 5, 2015 (3 hours tested training)

International Association of Arson Investigators (IAAI), Explosion Dynamics, September 16, 2014 (4 hours tested training)

International Association of Arson Investigators (IAAI), Ethics and the Fire Investigator, July 22, 2014 (3 hours tested training)

International Association of Arson Investigators (IAAI), Fire Protection Systems, July 22, 2014 (3 hours tested training)

International Association of Arson Investigators (IAAI), Documenting the Event, March 6, 2014 (4 hours tested training)

International Association of Arson Investigators (IAAI), Ethics & Social Media, March 6, 2014 (3 hours tested training)

International Association of Arson Investigators (IAAI), Arc Mapping Basics, June 4, 2013 (4 hours tested training)

International Association of Arson Investigators (IAAI), Digital Photography and the Fire Investigator, May 31, 2013 (4 hours tested training)

Sandra Carson
February 22, 2021
Page 15


**Appendix B: Material Reviewed**


LEGAL DOCUMENTS

- Plaintiff's Amended Complaint for Negligence, Misrepresentation, Breach of Contract
- Julio Aviles d/b/a Universal Air Duct Services' Answer to Plaintiff's Amended Complaint
- Defendant Julio E. Aviles d/b/a Universal Air Duct Services' Answers to Plaintiff's First Set of Interrogatories
- Plaintiff's Expert Witness Disclosures

MISCELLANEOUS

- Client Provided Photos
- Aviles Documents 1 – 179
- Home Inspection Report
- Install Contract Warranty
- Other Contractor Invoices
- Plaintiff Web Page from Washington Gas Regarding Odor
- Washington Gas Tags
- D.C. Municipal Regulations Title 12 (D.C. Construction Codes 2013 Supplement)
- D.C. Residential Code (2013)
- International Residential Code (2012)
- Code of Federal Regulations Title 49, Part 192
- Trane Installer Guide 18- CD31D1- 3
- KN-COEG-3 User Guide
- 1257 Carrollsburg Place SW, Washington, DC 20024 listing photos

Sandra Carson
February 22, 2021
Page 16


**Appendix C – List of Testimony**

2101272.000 - 7103

Sandra Carson
February 22, 2021
Page 17

| No. | Case Name | Court | Case/Docket No. | Testimony | Date |
|-----|-----------|-------|-----------------|-----------|------|
| 1 | OLIVIA BORIS, a minor, by and through her parents and natural guardians, Nichole Boris and Jason Boris, individually and as guardians<br><br>v.<br><br>LEHIGH VALLEY RESTAURANT GROUP d/b/a Red Robin<br><br>and<br><br>RED ROBIN INTERNATIONAL, INC.<br><br>(Defendant) | Court of Common Pleas Philadelphia County | 3279 | Deposition | February 4, 2019 |
| 2 | MT. HAWLEY INSURANCE CO.<br><br>v.<br><br>ADELL PLASTICS, INC., a MD Corp.<br><br>(Defendant) | IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND | CIVIL ACTION NO. 1:17-cv-00252-JKB | Deposition | March 20, 2019 |

Sandra Carson
February 22, 2021
Page 18

| 3 | MT. HAWLEY INSURANCE CO.<br><br>v.<br><br>ADELL PLASTICS, INC., a MD Corp.<br><br>(Defendant) | IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND | CIVIL ACTION NO. 1:17-cv-00252-JKB | Trial Testimony | June 19, 2019 |

2101272.000 - 7103

Sandra Carson
February 22, 2021
Page 19

## Appendix D – Compensation

In 2021, Exponent charges $300 per hour for the time of Nicholas A. Nava, P.E., CFEI