IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY C. WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>JULIO E. AVILES d/b/a UNIVERSAL<br>AIR DUCT SERVICES, et al.,<br><br>    Defendants. | Civil Action No: 1:20-CV-00931-APM |

## **ORDER**

Upon consideration of the Defendant's Motion to Strike Portions of the Affidavits of Mary C. Williams, Ann Allen and Carlos Velasquez, any response thereto, and any reply, it is this _____ day of _____, 2021, hereby

ORDERED that said motion is GRANTED; and it is

FURTHER ORDERED that the identified portions of the affidavits of Ann Allen (Exhibit A), Carols Velasquez (Exhibit B) and Mary C. Williams (Exhibit C) appended hereto shall be stricken.

Date: _____

                                                                             Hon. Amit P. Mehta, Judge
                                                                             United States District Court for the District of Columbia

Copies to:
Sandra T. Carson, Esquire
Mary C. Williams, *pro se*